| United States District Court | Southern District of Texas |
|---|---|

| | | |
|---|---|---|
| Arthur B. Brazil, II, *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| *versus* | § § | Civil Action H-13-884 |
| Bank of America, NA, | § § § | |
| Defendant. | § | |

## Amended Final Dismissal

On the parties' motion, the claims by Arthur B. Brazil, II, and Lorraine S. Brazil against Bank of America, NA, are dismissed without prejudice.

Signed on April 5, 2013, at Houston, Texas.

Lynn N. Hughes
United States District Judge